**FILED**
SEP 17 2015
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GEORGE GRIGSBY, )
7733 S. Shore Drive )
PETITIONER, Chicago, Ill )
60649 )
VS. )
)
)
JUDGE MARY THOMAS, )
CIRCUIT COURT OF COOK )
COUNTY ILLINOIS, )
)
RESPONDENT, )

Case: 1:15-cv-01517
Assigned To : Jackson, Amy Berman
Assign. Date : 9/17/2015
Description: Habeas Corpus (G Deck)

## PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 USC 2241, 2254

PENDING BEFOR THE COURT IS PETITIONER PRO SE PETITION FOR WRIT OF HABEAS CORPUS, PETITIONER APPEARS TO CHALLENGE THE DECISION OF JUDGE MARY MAXWELL OR JUDE THOMAS OF THE CIRCUIT COURT OF COOK COUNTY ILLINOIS TO PLACE HIM IN A MENTAL HEALTH INSTITUTION WITH OUT A GRAND JURY INDICTMENT,

PETITIONER ALSO APPEARS TO BE CHALLENGING THE FACT THAT HIS CONFINEMENT DID NOT HAVE GROUND, BECAUSE THERE WAS NO INDICTMENT

GEORGE GRIGSBY HAVE HAD ALREADY DID THE TIME FOR THE CASE AND THIS WAS ONLY END 11END STATE CASE FOR MISDEMEANOR,FROM MISDEMANOR COURT WHERE HE DID 60 DAY FOR THE CASE; THE PROPER RESPONDENT IS HABEAS CORPUS TO CHALLENGING PRESENT PHYSICAL CONFINEMENT WHERE THE PETITIONER DID 6 YEAR OUT OF HIS LIFE IN CHEASTER MEBTAL HEALTH,

**RECEIVED**
SEP 17 2015
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbi

THE PETITIONER CAME TO THE DISTRICT OF COLUMBIA COURTTWO TIME ALREADY WHERE HIS PETITION WAS DENID AND PUT UNDER THE JURISDICTION OF COOK COUNTY COURT THE JUDGE THOMAS CHIEF JUSTIICE SEEN THE PETITIONER ,TOLD MR GEORGE GRIGSBY THAT HE WOULD NOT HEAR THE CASE AND IF MR GEORGE GRIGSBY,WANTED HIS CASE TO BE SEEN BY THE FEDERAL COURT THAT

1

WAS HIS RIGTH TO FILE A HABEAS CORPUS IN FEDERAL,
SO THE PETITIONER IS ASKED THE COURT TO REHEAR
HIS CASE'SO THE PETTITIONER THE COURT TO SENDED
HIM TO A HOSPITAL IN WASHINGTON D,C,
THE COURT THERE IN WASHINGTON D,C, SEEN THE
PETITIOPNE, AND THEY SAID THEY WOULD NOT
HERE IT THERE SO THEY PUT THE CASE UNDER THE
TERRITORIAL JURISDICTION OF THE STATE OF
ILLINOIS SO IT WAS TRANSFER HERE AND THE COURT
DID NOT HEAR IT.

SO MR.GEORGE GRIGSBY, IS ASKING THE COURT TO
PUT HIM INA HOSPITAL IN WASHINGTON D,C,
WITH FEDERAL AID AND FEDERAL PROVISION,
MR GEORGE GRIGSBY IS A MAN UNDER THORN GOOD
MARSHALL LAW FOR RED SEAL PEOPLE HE WOULD
LIKE THE COURT TO SEE HIS PETITION FOR WRIT OF
HABEAS CORPUS PURSUANT TO 28 USQ2241 2254.

*George Grigsby-Bey*
GEORGE GRIGSBY, PRO SE
*George Grigsby*
9-17-15
*George Grigsby Bey*

"OFFICIAL SEAL"
RICHARD C KUHR
Notary Public - State of Illinois
My Commission Expires October 21, 2018

9/2/2015

District of Columbia: SS
Subscribed and Sworn to before me
this 17 day of September, 2015

Notary Public, D.C.
My commission expires 8-31-2019



United States District Court
For the District of Columbia

George Grigsby – Petitioner               Civil Action

Mary Thomas
Respondent

In this action filed prose the petitioner seeks issue of writ of habeas corpus against a judge of the circuit court of cook county Illinois. Mr. Grigsby have had came to this court two times already civil action number 07-1582. Send this petition to the court judge Emmet G. Sullivan. This was sent to Chicago the petitioner. In front of chief justice who was judge Bybell, he gave the petitioner leave to file a writ of habeas corpus to go back to federal court. The petitioner does not know how a case came from the District of Columbia and he ended up in the state court. It is the duty of the court to see that the petitioner case be put up under the jurisdiction of the District of Columbia to be seen again. It is not an issue where as the defendant was in custody or not, it is an issue where the defendant did six years out of his life with out a court indictment. The petitioner is asking the judge to see the petitioner again and for this cause the petitioner will use the name Solomon and he would ask the judge Mary Maxwell or judge Thomas grant the petitioner federal aid and federal provisions.

TO: ILLINOIS DEPARTMENT OF HUMAN SERVICE

DEPARTMENT OF HUMAN SERVICES/
DIVISION OF REHABILITATION SERVICES
401 SOUTH CLINTON
CHICAGO, ILL 60604

NOVEMBER 16, 2005

GEORGE GRIGSBY ;
1039 W LAWRENCE AVE
CHICAGO, ILL 60640


NATURE OF GRIEVANCE;


NOT GETTING ENOUGH MONEY OR STAMP;
TO TAKE PARTED INTO A FEDERAL PROGRAM


MR GEORGE GRIGSBY IS A PART OF THE REHABILITATION PROGRAM
AT 6200 N HIAWATHA AVE; SUIT 300 CHICAGO ILL., 60646
HIS COUNSELOR IS PHILLIP MILLER: 773-794-4830-FAX 773-794-4800 AND
HE HAS TO PAY TO GO BACK & FORTH TO THIS PROGRAM AND ALL
OVER HE CITY OF CHICAGO.
SO HE MUST HAVE A FULL CHICAGO PUBLIC AID CASE OR GENERAL
ASSISTANCE CASE AND NOT A WRITTEN UP ONE. ALSO MR GEORGE GRIGSBY
CAME HERE FROM CHICAGO READ HOSPITAL WHERE HE WAS THERE AND
CHESTER FOR OVER 5 YEARS. FROM COURT I THINK IT IS THE DUTY OF THE
SOCIAL WORKER TO FIND THE COURT PAPER THAT COME WITH HIS CASE OR
SEND HIS CASE BACK TO THE 10 FLOOR; AT 2600 S CALIFORNIA. SAYING THAT MR
GEORGE GRIGSBY DID OVER 180 DAYS WITH OUT RECEIVING A CHECK;
OR THAT THE COURT DID NOT HAVE AND INDICTMENT. AND HUMAN SERVICE
CANNOT PROCESS HIS CASE UNTIL THAT COURT PAPER IS FOUND. BY BEING
PART OF THIS PROGRAM IT'S THE DUTY OF THIS TO HAVE HUMAN SERVICE
LOOKED INTO THIS MATTER, AS SOON AS POSSIBLE.

SINCERELY,

*[signature: George Grigsby]*

GEORGE GRIGSBY

TO;JUVENILE JUSTICE DIVISION
CLERK OF THE CIRCUIT COURT OF COOK COUNTY
1100SOUTH HAMILTON ROOM 13
CHICAGO ILL 60612


FROM;MR GEOGRE GRIGSBY
1039 W LAWRENCE
CHICAGO ILL 60640


I'D WOULD LIKE TO REQUEST A COPY OF THE MASTER FILE OF MR GEORGE
GRIGSBY THAT LIVED AT 627 N LAWNADLE AND1114 S 2AND AVE MAYWOOD
ILLINOIS;ALL IMFORMATION IS ASKED FOR UNDER THE FREEDOM OF IMFOR-
MATION ACT OF THE STATE OF ILLINOIS;


WHAT I'D AM LOOKING FOR IS A CASE WHERE MR GEORGE GRIGSBY WAS ORDER
TO A HEBASE CORPUS WHEN HE WAS 17 YEAR OLD WHEN HE WAS ARRESTED
FOR HAVING A FEDERAL GUM CASE AND DID NOT GO TO COURT BECAUSE OF
THIS REASON JUDGE EVAN;IS HOLDING HIS NAME OUT OF FEDERAL COURT
BECAUSE OF THE CASE HIS GUARDIAN HAD IN THE CITY OF MAYWOOD;AND A
LEAN WAS PUT OF HIS NAME SO THEY COULD LIVE IN HIS HOUSE AT 1114 S 2AND
AVE;MAYWOOD ILL;THIS IS SOMETHING I'D THINK CHIEF JUSTICE SHOULD
LOOED AT,AND SEND FOR THE CITY OF CHICAGO TRUST OFFICE AND THE YEAR
1959;AND JUDGE EARL STRAYHORN;THE 5YEAR PEROID IS OVER AND I'D THINK
IT IS THE DUTY OF THE CLERK TO CONACT JUDGE EARL STRAYHORN AT 2600
S HALF CALIFORNIA OR COURT ROOM 101;ALSO MR GEORGE GRIGSBY IS RED
SEAL PERSON UNDER THUR GOOD MARSHALL LAW THAT WAS EXTRADITE TO
THIS STATE HE SHOULD HAVE ATTORNEY FORM HIS OWN MASTER FILE
BECAUSE JUDGE STRAYHORN IS NOT HERE ANY MORE;AND THE 5 YEAR PEROID
IS OVER FOR THE STATE OF ILLINOIS TO BE OUT OF THIS NAME;


BY GEORGE GRIGSBY;

George Grigsby
1039 W. Lawrence
Chicago, IL 60640

September 21, 2005

Brian Fairchild
Freedom of Information Officer
Illinois Department of Corrections
1301 Concordia Court
P.O. Box 19277
Springfield, IL 62794-9277

Dear Mr. Fairchild:

I'm writing in response to your correspondence dated September 15, 2005 requesting that I submit my Freedom of Information request #50511017 in type written format.

My request is as follows: I would like to have a copy of my minimum papers for A-72471 and C-72471, which is a sixteen year bit and a four and a day year bit with good time credit. I'd also like a copy of the warrant that was used by the US Marshall's Office to extradite me out of the State Of California to appear in Judge Cousin's court room at 2600 S. California. I went from Gram State Institution and then to court from Danvelle. So I need a copy of the warrant with my minimum paper sent to the above address.

The requested information is made under the Freedom of Information Act of the State of Illinois. Your attention to this matter is greatly appreciated.

Sincerely,

*[signature]*

George Grigsby

This is A case That your Cezewl
help To Cell again #.

